UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ASSATA RHODES,

        Plaintiff,

- against -                             **ORDER**
                                                              25-CV-1727
                                                              (DeArcy Hall, J.)
                                                              (Marutollo, M.J.)

EBONY SHAWTAY WILLIS, *et al*.,

        Defendants.
-------------------------------------------------------X

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

    *Pro se* plaintiff filed the Complaint in this action on March 28, 2025. Dkt. No. 1. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Plaintiff shall have 90 days from March 28, 2025 to serve Defendants and file proof of service with the Court. Accordingly, if proper service is not made upon Defendants by June 26, 2025, or if Plaintiff fails to show good cause why such service has not been effected by that date, the undersigned will recommend that the Court dismiss this action without prejudice.

    Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of Plaintiff's current address means the Court will not know where to contact her and may result in dismissal of the case. For information regarding court procedures, Plaintiff

may contact the *Pro Se* Office at the United States Courthouse by calling (718) 613-2665.

Dated:      Brooklyn, New York
            March 31, 2025                               **SO ORDERED.**

                                                          /s/ *Joseph A. Marutollo*
                                                         JOSEPH A. MARUTOLLO
                                                         United States Magistrate Judge