## NYPD INVOICED ITEMS

|   | INVOICE DATE | ITEM | INVOICE NUMBER | PACKAGE NUMBER | D.A. RELEASE PROVIDED | RESPONSE TO DEMANDS | Defendants' Response | STATUS |
|---|---|---|---|---|---|---|---|---|
| 1 | 04/10/2024 | Cartridges, Belt, Container, Other Parts and Accessories | 3001728986 | 1300929894 | NONE | NONE | *Defendants will inquire with NYPD as to Item 4.* | Withheld |
| 2 | 04/10/2024 | 2 Rifles, 1 Shotgun, Slings | 3001728993 | 1859139 | NONE | NONE | *All items appear illegal for Plaintiff to possess pursuant to N.Y.C. Admin. § 10-303.* | Withheld |
| 3 | 04/10/2024 | Papers, Locks, Keys, Containers, Lasers, Batteries, Snapcaps, Scope, Magazines, Flashlight, etc. | 3001729007 | 1300996218 | NONE | NONE | *Defendants will inquire with NYPD as to Items 2-4, 6-17.* | Withheld |
| 4 | 04/10/2024 | Containers | 3001729010 | 1859137 | NONE | NONE | *Defendants will inquire with NYPD as to Items 1-3.* | Withheld |
| 5 | 04/10/2024 | Toys | 3001729025 | 1205079345 | NONE | NONE | *Defendants will inquire with NYPD as to Items 1-2.* | Withheld |
| 6 | 04/10/2024 | Cartridges, Containers | 3001729039 | 1300996205 | NONE | NONE | *All items appear illegal for Plaintiff to possess pursuant to N.Y.C. Admin. § 10-131(i)(3).* | Withheld |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | 04/10/2024 | Cartridges, Containers, Magazine | 3001729047 | 1205079323 | NONE | NONE | *Defendants will inquire with NYPD as to Items 5-6.* | Withheld |
| 8 | 04/10/2024 | Knives, Fork, Containers | 3001729067 | 1300923876 | NONE | NONE | *Defendants will inquire with NYPD as to Items 4-18.* | Withheld |
| 9 | 04/11/2024 | Swab | 3001729293 | 1700143434-1500479641 through 1700143434-1500479649 | NONE | NONE | *These items appear to be DNA swabs taken from recovered weapons.* | Withheld |
| 10 | 04/18/2024 | Rifle, Cartridges | 3001733138 | 1855492 | NONE | NONE | *All items appear illegal for Plaintiff to possess pursuant to N.Y.C. Admin. §§ 10-131(i)(3), 10-303.* | Withheld |
| 11 | 04/18/2024 | Rifle, Cartridges | 3001733146 | 1855493 | NONE | NONE | *All items appear illegal for Plaintiff to possess pursuant to N.Y.C. Admin. §§ 10-131(i)(3), 10-303* | Withheld |
| 12 | 04/18/2024 | Cartridges | 3001733162 | 1300923898 | NONE | NONE | *All items appear illegal for Plaintiff to* | Withheld |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | *possess pursuant to N.Y.C. Admin. § 10-131(i)(3).* | |
| 13 | 04/18/2024 | Cartridges, Containers | 3001733171 | 1300923900 | NONE | NONE | *All items appear illegal for Plaintiff to possess pursuant to N.Y.C. Admin. § 10-131(i)(3).* | Withheld |
| 14 | 04/18/2024 | Shotgun, Cartridges | 3001733177 | 1855499 | NONE | NONE | *All items appear illegal for Plaintiff to possess pursuant to N.Y.C. Admin. §§ 10-131(i)(3), 10-303* | Withheld |
| 15 | 12/19/2024 | Metal Plates | 3001850303 | 1205545096 | N/A | NONE | | Destroyed |

**NO NYPD INVOICE PROVIDED**

| | ITEM | D.A. RELEASE PROVIDED | RESPONSE TO DEMANDS | STATUS |
|---|---|---|---|---|
| 1 | $8,500.00 in Federal Reserve Notes [various denominations] | NONE | NONE | Withheld |
| 2 | $100.00 Federal Reserve Notes (200) | NONE | NONE | Withheld |
| 3 | RIFLE; M&P 15-22; CALIBER: 22; COLOR: MATTE BLACK | NONE | NONE | Withheld |
| 4 | Stylus 1 | NONE | NONE | Withheld |

| | | | | |
|---|---|---|---|---|
| 5 | .22LR Magazines; 10 round capacity; black (2) | NONE | NONE | Withheld |
| 6 | Pocket Handheld Camera | NONE | NONE | Withheld |
| 7 | Mavic Drone | NONE | NONE | Withheld |
| 8 | 500 count box of cartridges; CALIBER: 22 (6) | NONE | NONE | Withheld |
| 9 | Butcher Knives Kit; 3 knives; black case | NONE | NONE | Withheld |
| 10 | NEEDLE OILER; COLOR: BLACK; IN SMALL, resealable bag | NONE | NONE | Withheld |
| 11 | Utility Knife | NONE | NONE | Withheld |
| 12 | Guncare bag; blag nylon bag; various cleaning tools; brushes | NONE | NONE | Withheld |
| 13 | Wave utility knife; color: chrome; sheath | NONE | NONE | Withheld |
| 14 | Arc utility knife; color: black/silver; sheath | NONE | NONE | Withheld |
| 15 | RB22 10 round magazine (4) | NONE | NONE | Withheld |
| 16 | 500 round box of cartridges; 40GR; WW22LRB; CALIBER/GUAGE: 22 LR; | NONE | NONE | Withheld |
| 17 | 100 count box of cartridges; CALIBER: 22; 22LR | NONE | NONE | Withheld |
| 18 | Defense Ammunition; 410 gauge (60) | NONE | NONE | Withheld |